# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON WADE, | 1:09cv0599 AWI DLB |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUERIS |
| v. | (Document 2) |
| FRESNO POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and his application is therefore GRANTED.

IT IS SO ORDERED.

Dated: **April 22, 2009**          /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE