# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON WADE, | CASE NO. 1:09-cv-00599 AWI DLB |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING |
| v. | SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN |
| FRESNO POLICE DEPARTMENT, et al., | THIRTY DAYS |
| Defendants. | (Doc. 1) |

Plaintiff Deon Wade ("Plaintiff") is a county inmate proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 3, 2009. The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 against Defendants Williams, Irving, Wilkin and Finley and the Fresno Police Department for use of excessive force in violation of the Fourth Amendment.[1] Fed. R. Civ. P. 8(a). Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    POLICE OFFICER FREDRICK WILLIAMS

    POLICE OFFICER HAYWOOD IRVING

    POLICE OFFICER DAVID WILKIN

    POLICE OFFICER BERNARD FINLEY

    FRESNO POLICE DEPARTMENT

---

[1]In a Findings and Recommendations issued concurrently with this Order, the Court recommended that defendant Sgt. G. Beer be dismissed from this action for Plaintiff's failure to state any claims against him.

1

1    2.   The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5)

2         summonses, a Notice of Submission of Documents form, an instruction sheet and a

3         copy of the complaint filed April 3, 2009.

4    3.   Within **thirty (30) days** from the date of this order, Plaintiff shall complete the

5         attached Notice of Submission of Documents and submit the completed Notice to the

6         Court with the following documents:

7         a.   Completed summons;

8         b.   One completed USM-285 form for each defendant listed above; and

9         c.   Six (6) copies of the endorsed complaint filed April 3, 2009.

10   4.   Plaintiff need not attempt service on Defendants and need not request waiver of

11        service.  Upon receipt of the above-described documents, the Court will direct the

12        United States Marshal to serve the above-named defendants pursuant to Federal Rule

13        of Civil Procedure 4 without payment of costs.

14   5.   The failure to comply with this order will result in a recommendation that this action

15        be dismissed.

16

17   IT IS SO ORDERED.

18   **Dated:**   **May 22, 2009**              **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28