# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEON WADE, | ) | 1:09cv0599 AWI DLB |
| | ) | |
| | ) | |
| | ) | ORDER DENYING MOTION |
| Plaintiff, | ) | |
| | ) | (Document 14) |
| v. | ) | |
| | ) | |
| FRESNO POLICE DEPARTMENT, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Deon Wade ("plaintiff") is a county jail inmate proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint upon which this action proceeds on April 3, 2009.

On May 22, 2009, the Court screened Plaintiff's complaint and found that it states cognizable claims for relief under 28 U.S.C. § 1983 against Defendants Williams, Irving, Wilkin and Finley and the Fresno Police Department. The Court requested that the Clerk of the Court send Plaintiff five USM-285 forms, five summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint. Additionally, the Court directed Plaintiff to complete the Notice of Submission Documents and submit the completed Notice to the Court, along with the completed summonses, one completed USM-285 form for each defendant and six copies of the endorsed complaint.

1    On June 19, 2009, Plaintiff submitted one copy of the complaint to the Court for service,
2 as well as five summonses and five USM-285 forms.  Plaintiff also filed the instant motion
3 requesting that the Court provide all defendants with a copy of the complaint and charge the
4 copies to his inmate trust account at the jail.
5     The Court does not have access to Plaintiff's trust account at the jail.  As noted in the
6 informational order entered by this Court on April 23, 2009, the Court cannot provide copy or
7 mailing service for a party, even for an indigent plaintiff proceeding in forma pauperis.
8 Accordingly, Plaintiff's request that the Court provide copies of the complaint to the defendants
9 and charge the copies to his inmate trust account is DENIED.
10    The Clerk of the Court is directed to return the copy of the Complaint to Plaintiff.
11    Within thirty (30) days from the date of this order, Plaintiff shall submit to the Court six
12 (6) copies of the endorsed complaint.  Upon receipt of the copies, the Court will direct the United
13 States Marshal to serve the defendants pursuant to Federal Rule of Civil Procedure 4 without
14 payment of costs.
15    <u>The failure to comply with this order will result in a recommendation that this action be
16 dismissed</u>.

18    IT IS SO ORDERED.
19    Dated:   **June 26, 2009**         /s/ **Dennis L. Beck**
            UNITED STATES MAGISTRATE JUDGE