# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEON WADE, | ) | 1:09cv0599 AWI DLB |
| | ) | |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | |
| v. | ) | |
| FRESNO POLICE DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

On April 3, 2009, Plaintiff, proceeding pro se and in forma pauperis, filed the present action.

On May 22, 2009, the Court issued an order finding service of Plaintiff's complaint appropriate for Defendants Fedrick Williams, Haywood Irving, David Wilken, Bernard Finley and the Fresno Police Department.  The order contained instructions regarding service of the complaint and explained that in order to serve the Defendants, Plaintiff was required to complete and return five USM-285 forms to the Court, as well five copies of the summons and six copies of the complaint.

On June 19, 2009, Plaintiff submitted one copy of the complaint to the Court for service, along with five summonses and five USM-285 forms.  Plaintiff also filed a motion requesting that the Court provide all defendants with a copy of the complaint and charge the copies to

1

1 Plaintiff's inmate trust account at the jail.

2     On June 29, 2009, the Court denied Plaintiff's request that the Court provide copies of the
3 complaint and charge the copies to his jail trust account, explaining that the Court does not have
4 access to his jail trust account and cannot provide copy service for a party.  The Court directed
5 the Clerk of the Court to return Plaintiff's copy of the complaint and further ordered Plaintiff to
6 submit six (6) copies of the endorsed complaint within thirty (30) days.  More than thirty days
7 have passed and Plaintiff has not submitted the copies.  Therefore, Defendants have not yet been
8 served with the complaint.

9     Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the action
10 should not be dismissed for failure to return the requisite copies of the complaint for service.
11 Plaintiff is ORDERED to file a written response to this Order to Show Cause within thirty (30)
12 days of the date of this Order.

13     Failure to respond to this order will result in a recommendation that this action be
14 dismissed.

16     IT IS SO ORDERED.

17     Dated:   **August 19, 2009**　　　　　　　　**/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE