# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON WADE,<br><br>            Plaintiff,<br><br>      v.<br><br>FRESNO POLICE DEPARTMENT, et al.,<br><br>            Defendants. | 1:09cv0599 AWI DLB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(Docs. 19 and 20)<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN A COPY OF THE COMPLAINT TO PLAINTIFF |

   On April 3, 2009, Plaintiff, proceeding pro se and in forma pauperis, filed the present action.

   On May 22, 2009, the Court found service of Plaintiff's complaint appropriate for Defendants Fedrick Williams, Haywood Irving, David Wilken, Bernard Finley and the Fresno Police Department.  To serve Defendants, the order directed Plaintiff to complete and return five USM-285 forms to the Court, as well five copies of the summons and six copies of the complaint.

   On June 19, 2009, Plaintiff submitted one copy of the complaint to the Court for service, along with five summonses and five USM-285 forms.  Plaintiff also filed a motion requesting that the Court provide all defendants with a copy of the complaint and charge the copies to Plaintiff's inmate trust account at the jail.

1   On June 29, 2009, the Court denied Plaintiff's request.  The Court also directed the Clerk
2   of the Court to return Plaintiff's copy of the complaint and further ordered Plaintiff to submit six
3   (6) copies of the endorsed complaint within thirty (30) days.
4   More than thirty days passed and Plaintiff did not submit copies of the complaint.
5   Therefore, on August 20, 2009, the Court issued an Order to Show Cause directing Plaintiff to
6   file a written response as to why the action should not be dismissed for failure to return the
7   required copies of the complaint for service.
8   On September 18, 2009, Plaintiff filed a document entitled "Motion Showing Cause,"
9   which the Court construes as a response to its Order to Show Cause.  In the response, Plaintiff
10  explains that he has not received a copy of the complaint from the Clerk of the Court.  Plaintiff
11  reports that the inmate mailroom showed no record of the receiving the complaint.  Plaintiff
12  requests a continuance and a copy of the complaint.
13  Based on Plaintiff's response, the order to show cause is DISCHARGED.
14  **The Clerk of the Court is DIRECTED to return the copy of the Complaint to**
15  **Plaintiff.**
16  Within thirty (30) days from the date of this order, Plaintiff shall submit to the Court six
17  (6) copies of the endorsed complaint.  Upon receipt of the copies, the Court will direct the United
18  States Marshal to serve the defendants pursuant to Federal Rule of Civil Procedure 4 without
19  payment of costs.
20  <u>The failure to comply with this order will result in a recommendation that this action be</u>
21  <u>dismissed</u>.

23  IT IS SO ORDERED.
24  Dated:   **September 23, 2009**                    /s/ **Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE