1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON WADE, | ) 1:09cv0599 AWI DLB |
| | ) |
| | ) |
| | ) ORDER GRANTING |
| Plaintiff, | ) EXTENSION OF TIME |
| | ) (Doc. 23) |
| v. | ) |
| | ) |
| FRESNO POLICE DEPARTMENT, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

On September 24, 2009, the Court directed the Clerk of the Court to return Plaintiff's copy of the complaint and further ordered Plaintiff to submit six (6) copies of the endorsed complaint within thirty (30) days for service on Defendants.

More than thirty days passed and Plaintiff did not submit copies of the complaint. However, on October 26, 2009, Plaintiff filed a document entitled "Motion Requesting A Continuance."  By the motion, Plaintiff seeks a 30-day continuance to submit the required copies of the complaint.  Plaintiff explains that he needs additional time because he is housed in an institution that does not provide copies for inmates and he must use outside services.  The Court construes Plaintiff's motion as a request for an extension of time to submit the copies of the complaint.

Good cause appearing, Plaintiff's request is GRANTED.  Within thirty (30) days from the

date of this order, Plaintiff shall submit to the Court six (6) copies of the endorsed complaint.

Upon receipt of the copies, the Court will direct the United States Marshal to serve the

defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

<u>The failure to comply with this order will result in a recommendation that this action be</u>

<u>dismissed</u>.

 

IT IS SO ORDERED.

**Dated:   October 28, 2009                          /s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE