1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEON WADE, | ) | 1:09cv0599 AWI DLB |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION REQUESTING |
| | ) | SERVICE OF COMPLAINT ON |
| v. | ) | DEFENDANTS AND REQUESTING PROOF |
| | ) | OF ADDRESS CHANGE |
| FRESNO POLICE DEPARTMENT, et al., | ) | (Document 28) |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Deon Wade ("plaintiff") is a county jail inmate proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint upon which this action proceeds on April 3, 2009. Now pending before the court is Plaintiff's request for (1) proof of service of the complaint on Defendants and (2) for proof of address change.

As to Plaintiff's request for proof of service, on December 2, 2009, the Court directed the United States Marshal to serve the complaint on Defendants. Until the United States Marshal has completed service, any request for proof of service by the Marshal is premature and is DENIED.

As to Plaintiff's request for proof of address change, Plaintiff filed a Notice of Change of Address on January 27, 2010. Plaintiff identified his new address as: Deon Wade, #AC1992, P.O. Box 499 N.K.S.P., Delano, CA 93216. In this motion, Plaintiff also identified his new address as: Deon Wade #AC1992, 4B-A-111-UP, P.O. Box 4999 N.K.S.P., Delano, CA 93216. The Court's

1   docket reflects Plaintiff's address at North Kern State Prison, P.O. Box 4999, Delano, CA 93216.

2   Accordingly, Plaintiff's request for proof of address change is MOOT.

3

4      IT IS SO ORDERED.

5   **Dated:    February 22, 2010**          **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28