# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEON WADE, | ) | 1:09cv0599 AWI DLB |
| | ) | |
| | ) | |
| | ) | ORDER REGARDING MOTION: REQUEST |
| Plaintiff, | ) | TO BE PRESENT AT DEPOSITION |
| | ) | (Doc. 49) |
| v. | ) | |
| | ) | |
| FRESNO POLICE DEPARTMENT, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

On October 4, 2010, Plaintiff Deon Wade ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed a motion seeking leave of court to be present at the deposition of Shamika Jackson. Plaintiff's motion was entered on the Court's docket on October 5, 2010. (Doc. 49.) Although the time for Defendants to respond to the motion has not expired, they will not be prejudiced by this Order because there is no merit to Plaintiff's motion.

According to Plaintiff, Shamika Jackson's deposition was set for October 6, 2010, at 1:30 p.m. at the Fresno City Attorney's Office located in Fresno, California. As a practical matter, the time set for the deposition has passed. Thus, Plaintiff's request to attend the deposition is DENIED as moot.

Plaintiff also requests to be present at the deposition of Lamont White "should he become available." (Doc. 49.) The Court finds it unnecessary to address Plaintiff's request because it is

premature and no deposition has been scheduled.

IT IS SO ORDERED.

Dated: **October 9, 2010**          /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE