# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEON WADE, | ) | 1:09cv0599 AWI DLB |
| | ) | |
| | ) | |
| | ) | ORDER ADOPTING FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION REGARDING |
| | ) | MOTION FOR PRELIMINARY INJUNCTIVE |
| v. | ) | RELIEF |
| | ) | |
| FRESNO POLICE DEPARTMENT, et al., | ) | (Documents 50 & 51) |
| | ) | |
| | ) | |
| Defendants. | ) | |

   Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed the instant action on April 3, 2009.  On October 4, 2010, Plaintiff filed a motion regarding denial of law library access and mail tampering.  Plaintiff requested various forms of equitable relief unrelated to Defendants in this action.

   On October 12, 2010, the Magistrate Judge issued Findings and Recommendation that the motion be DENIED because the Court lacks jurisdiction to issue the orders sought.  The Findings and Recommendation was served on the parties and contained notice that any objections were to be filed within thirty (30) days.  More than thirty (30) days have passed and no objections have been filed.

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.   The Findings and Recommendation dated October 12, 2010, are ADOPTED IN

3         FULL;

4    2.   Plaintiff's motion for preliminary injunctive relief is DENIED.

IT IS SO ORDERED.

Dated:   December 14, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE