1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON WADE,<br><br><br>           Plaintiff,<br><br>  v.<br><br>FRESNO POLICE DEPARTMENT, et al.,<br><br>           Defendants. | 1:09cv0599 AWI DLB<br><br>ORDER REGARDING DEFENDANTS'<br>MOTION TO COMPEL PLAINTIFF TO SIGN<br>AUTHORIZATION TO RELEASE MENTAL<br>HEALTH RECORDS AND TO RESPOND TO<br>DISCOVERY<br><br>(Doc. 60) |

On February 17, 2011, Defendants Fredrick Williams, Haywood Irving, David Wilkin and Bernard Finley ("Defendants") filed a motion to compel Plaintiff Deon Wade ("Plaintiff") to sign an Authorization to Release Mental Health Records and to respond to discovery.

Pursuant to the Scheduling Order entered on July 29, 2010, and Local Rule 230(l), Plaintiff was required to file and serve any opposition to the motion to dismiss not more than twenty-one (21) days after the date of service of the motion. Thus, Plaintiff's response was due on or about March 14, 2011. Fed. R. Civ. P. 5 and 6; Local Rule 230(l).

To date, Plaintiff has not filed any opposition to the granting of Defendants' motion to compel. Plaintiff is HEREBY ORDERED to file a response or statement of non-opposition within fourteen (14) days of the date of this order.

Failure to file an opposition or to file a statement of non-opposition will be deemed a waiver of any opposition to the granting of the motion.  Local Rule 230(l).

IT IS SO ORDERED.

**Dated:**   **March 18, 2011**              _____/s/ **Dennis L. Beck**_____
                                        UNITED STATES MAGISTRATE JUDGE