JAMES C. SANCHEZ, City Attorney
CITY OF FRESNO
By:  Erica M. Camarena, Deputy City Attorney (#227981)
2600 Fresno Street
Fresno, California 93721-3602
Telephone:  (559) 621-7500
Facsimile: (559) 488-1084

Attorneys for Defendants FREDERICK WILLIAMS, HAYWOOD IRVING, DAVID WILKIN, and BERNARD FINLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON WADE,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO POLICE DEPARTMENT; OFFICER FREDRICK WILLIAMS; OFFICER HAYWOOD IRVING; OFFICER DAVID WILKIN AND OFFICER BERNARD FINLEY,<br><br>Defendants. | Case No.: 1:09-CV-00599 AWI-DLB<br><br>**EX PARTE APPLICATION REQUESTING EXTENSION OF 5 DAYS TO FILE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;** and **DECLARATION OF ERICA M. CAMARENA IN SUPPORT OF SAME; and PROPOSED ORDER**<br><br>**Local Rule 144(c) (Fed. R. Civ. P. 6)**<br><br>**Date: No Hearing Date OR Notice Required Pursuant to Eastern District Local Rule 230(l) (Fed. R. Civ. P 78)**<br><br>**Honorable District Court Judge Anthony W. Ishii**<br><br>**Action Filed:   04/03/09** |

Defendants hereby request, <u>ex parte</u>, an initial extension of time to file their dispositive motion, currently due on May 27, 2011.

The Court may, in its discretion, grant an initial extension <u>ex parte</u> upon the affidavit of counsel that a stipulation extending time cannot reasonably be obtained, explaining the reason why such stipulation cannot be obtained and the reasons why the extension is necessary.  Except for one

**CITY ATTORNEY**
**CITY HALL**

**FRESNO, CA  93721**

1

Wade  v. City of Fresno et al.
Case No.: 1:09-CV-00599 AWI-DLB
<u>Ex Parte</u> Request For Extension; Declaration of E. Camarena & Proposed Order

such initial extension, ex parte applications for extensions of time are not ordinarily granted. United States District Court for the Eastern District of California, Local Rule 144(c).

Defendants assert that a stipulation cannot reasonably be obtained before the expiration of the deadline date as Plaintiff is currently incarcerated at the Susanville High Desert State Prison; and not readily accessible to communicate with regarding this matter.

There is no prejudice to Plaintiff since there is no trial date or motion hearing date currently scheduled. Defendants are only requesting a five-day extension as the majority of their memorandum of points and authorities is already completed and all declarations have been signed. However, due to the extreme budget cuts and layoffs the City of Fresno has been experiencing, weighed with the overwhelming amount of new cases filed, staffing issues have contributed to the delay in finalizing the motion.

## DECLARATION OF ERICA M. CAMARENA

I, Erica M. Camarena, hereby submit the following declaration in support of Defendants' ex parte request for extension of time to file dispositive motion:

1. I am a Deputy City Attorney for the City of Fresno, duly licensed to practice law in the State of California and attorney for defendants, Fresno Police Officers FREDERICK WILLIAMS, HAYWOOD IRVING, DAVID WILKIN and BERNARD FINLEY, (hereinafter "Defendants") in the above-entitled action. I have personal knowledge of the following and if called as a witness could competently testify thereto, except as to those matters stated on information and belief:

2. Due to the extreme budget cuts and layoffs the City of Fresno has been experiencing, weighed with the overwhelming amount of new cases filed, staffing issues have contributed to the delay in finalizing the motion.

3. This is Defendants' first request for an extension of time.

4. Plaintiff has previously requested and received extensions of time. (Doc. No. 37 and 56). Local Rule, 144(b).

///

**CITY ATTORNEY**
**CITY HALL**

**FRESNO, CA 93721**

2

Wade v. City of Fresno et al.
Case No.: 1:09-CV-00599 AWI-DLB
Ex Parte Request For Extension; Declaration of E. Camarena & Proposed Order

1  I declare under penalty of perjury under the laws of the Unites States of America, that the
2  foregoing is true and correct, and that this declaration was executed on May 26, 2011 at Fresno,
3  California.

4
5                                       By:  /S/ Erica M. Camarena
                                              ERICA M. CAMARENA
6                                             Deputy City Attorney

7
                                              Attorney for Defendants
8

9                              **PROPOSED ORDER**
10

11  Good cause having been shown, the Court hereby GRANTS Defendants' first <u>ex parte</u>
12  application requesting an extension of five days to file a dispositive motion.  Defendants shall
13  file their motion on or by June 1, 2011.

14

15  IT IS SO ORDERED.
16
    Dated:  May 26, 2011                     _____
17                                            CHIEF UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28

**CITY ATTORNEY**
**CITY HALL**

**FRESNO, CA 93721**

3

Wade v. City of Fresno et al.
Case No.: 1:09-CV-00599 AWI-DLB
<u>Ex Parte</u> Request For Extension; Declaration of E. Camarena & Proposed Order