1  JAMES C. SANCHEZ, City Attorney
   CITY OF FRESNO
2  By:  Erica M. Camarena, Deputy City Attorney (#227981)
   2600 Fresno Street
3  Fresno, California 93721-3602
   Telephone:  (559) 621-7500
4  Facsimile: (559) 488-1084

5

6  Attorneys for Defendants FRESNO POLICE DEPARTMENT; OFFICER FREDRICK
   WILLIAMS; OFFICER HAYWOOD IRVING; OFFICER DAVID WILKIN AND OFFICER
7  BERNARD FINLEY

8
                        IN THE UNITED STATES DISTRICT COURT
9
                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 DEON WADE,                                )  Case No.: 1:09-CV-00599 AWI-BAM
                                             )
12                Plaintiff,                 )
                                             )  **ORDER DIRECTING THE CLERK OF**
13 v.                                        )  **THE COURT TO ENTER JUDGMENT**
                                             )
14                                           )
   FRESNO POLICE DEPARTMENT; OFFICER         )
15 FREDRICK WILLIAMS; OFFICER                )
   HAYWOOD IRVING; OFFICER DAVID             )
16 WILKIN AND OFFICER BERNARD                )
   FINLEY,                                   )  **Honorable Anthony W. Ishii**
17                                           )
                                             )  **Action Filed:  04/03/09**
18                Defendants.                )

19

20     Defendants  FREDERICK  WILLIAMS,  HAYWOOD  IRVING,  DAVID  WILKIN,  and

21 BERNARD FINLEY hereby request the Court enter judgment in this case as proposed below.

22 DATED: January 27, 2012                Respectfully submitted,

23                                        JAMES C. SANCHEZ
24                                        City Attorney

25
                                          By:  /S/ Erica M. Camarena
26                                             ERICA M. CAMARENA
                                               Deputy City Attorney
27                                             Attorney for Defendants

28

**CITY ATTORNEY**
**CITY HALL**

**FRESNO, CA  93721**

1

Wade  v. City of Fresno et al.
Case No.: 1:09-CV-00599 AWI-BAM
Request for Entry of Judgment

**ENTRY OF JUDGMENT**

This matter came before the Court on June 1, 2011 before the Honorable Anthony W. Ishii, District Judge, on a Motion for Summary Judgment. (Doc. 75 et seq.)  The evidence and issues presented having been fully considered and a decision having been rendered (Doc. 90):

IT IS SO ORDERED AND ADJUDGED, that Officers FREDERICK WILLIAMS, HAYWOOD IRVING, DAVID WILKIN, and BERNARD FINLEY are entitled to qualified immunity and therefore immune from liability.  IT IS FURTHER ORDERED that Plaintiff take nothing by way of his Complaint and this action be dismissed on the merits.

The Clerk of the Court is ordered to enter Judgment in favor of Defendants and dismiss this case.

IT IS SO ORDERED.

Dated:  January 30, 2012                                   _____
                                                                              CHIEF UNITED STATES DISTRICT JUDGE

**CITY ATTORNEY**
**CITY HALL**

**FRESNO, CA  93721**

2

Wade v. City of Fresno et al.
Case No.: 1:09-CV-00599 AWI-BAM
Request for Entry of Judgment