JAMES C. SANCHEZ, City Attorney
CITY OF FRESNO
By:  Erica M. Camarena, Deputy City Attorney (#227981)
2600 Fresno Street
Fresno, California 93721-3602
Telephone:  (559) 621-7500
Facsimile: (559) 488-1084

Attorneys for Defendants FRESNO POLICE DEPARTMENT; OFFICER FREDRICK WILLIAMS; OFFICER HAYWOOD IRVING; OFFICER DAVID WILKIN AND OFFICER BERNARD FINLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON WADE,<br><br>   Plaintiff,<br><br>v.<br><br>FRESNO POLICE DEPARTMENT; OFFICER FREDRICK WILLIAMS; OFFICER HAYWOOD IRVING; OFFICER DAVID WILKIN AND OFFICER BERNARD FINLEY,<br><br>   Defendants. | Case No.: 1:09-CV-00599 AWI-BAM<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO ENTER JUDGMENT**<br><br><br><br>**Honorable Anthony W. Ishii**<br><br>**Action Filed:  04/03/09** |

Defendants FREDERICK WILLIAMS, HAYWOOD IRVING, DAVID WILKIN, and BERNARD FINLEY hereby request the Court enter judgment in this case as proposed below.

DATED: January 27, 2012               Respectfully submitted,

                                       JAMES C. SANCHEZ
                                       City Attorney


                                       By:  /S/ Erica M. Camarena
                                            ERICA M. CAMARENA
                                            Deputy City Attorney
                                            Attorney for Defendants

**CITY ATTORNEY**
**CITY HALL**

**FRESNO, CA  93721**

1

Wade  v. City of Fresno et al.
Case No.: 1:09-CV-00599 AWI-BAM
Request for Entry of Judgment

## ENTRY OF JUDGMENT

This matter came before the Court on June 1, 2011 before the Honorable Anthony W. Ishii, District Judge, on a Motion for Summary Judgment. (Doc. 75 et seq.)  The evidence and issues presented having been fully considered and a decision having been rendered (Doc. 90):

IT IS SO ORDERED AND ADJUDGED, that Officers FREDERICK WILLIAMS, HAYWOOD IRVING, DAVID WILKIN, and BERNARD FINLEY are entitled to qualified immunity and therefore immune from liability.  IT IS FURTHER ORDERED that Plaintiff take nothing by way of his Complaint and this action be dismissed on the merits.

The Clerk of the Court is ordered to enter Judgment in favor of Defendants and dismiss this case.


IT IS SO ORDERED.

Dated:   January 30, 2012              _____
                                       CHIEF UNITED STATES DISTRICT JUDGE

CITY ATTORNEY
CITY HALL

FRESNO, CA  93721

2

Wade  v. City of Fresno et al.
Case No.: 1:09-CV-00599 AWI-BAM
Request for Entry of Judgment